UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CORY L. CHENAULT, SR., et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 26-37-DCR |
| v. | ) | |
| AT&T, INC., et al., | ) | **JUDGMENT** |
| Defendants. | ) | |

*** *** *** ***

Consistent with the Order of Dismissal entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The plaintiffs' Complaint [Record No. 1] is **DISMISSED** without prejudice.

2. This matter is **DISMISSED** and **STRICKEN** from the docket.

Dated:  February 3, 2026.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky

-1-